

**SO ORDERED.**
**SIGNED this 28th day of March, 2023**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**NICOLE CASE EISENBERG**          Case No. **3:22-bk-31639-SHB**
                                    Chapter 7

Debtor.

### ORDER

Ryan E. Jarrard, Trustee, moved for an examination of Nicole Case Eisenberg, pursuant to Fed. R. Bankr. P. 2004. The relief may be granted *ex parte*. Based upon the Motion, the Trustee and parties in interest may examine Nicole Case Eisenberg pursuant to Fed. R. Bankr. P. 2004 on April 26, 2023 at 9:00am at the offices of Quist, Fitzpatrick & Jarrard, 2121 First Horizon Plaza, Knoxville, TN 37929 pursuant to the terms set forth in the underlying motion.

###

**APPROVED FOR ENTRY:**
*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Chapter 7 Trustee
**Quist, Fitzpatrick & Jarrard, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com